**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Rositas Tex Mex & Cantina, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   83-4390046

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 7151 Preston Road | 218 N. Forest Crest Dr. |
   | Number   Street | Number   Street |
   | Suite 451D | |
   | | P.O. Box |
   | Frisco        TX      75034 | Garland        TX      75042 |
   | City           State   ZIP Code | City            State   ZIP Code |
   | Collin | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number   Street |
   | | City           State   ZIP Code |

5. **Debtor's website (URL)**  www.rositastexmexcantina.com

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Rositas Tex Mex & Cantina, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.   Check all that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Rositas Tex Mex & Cantina, LLC**_____    Case number (if known) _____

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____ Case number _____<br>MM / DD / YYYY<br>District _____  When _____ Case number _____<br>MM / DD / YYYY<br>District _____  When _____ Case number _____<br>MM / DD / YYYY |
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>District _____  When _____<br>MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____  Relationship _____<br>District _____  When _____<br>MM / DD / YYYY<br>Case number, if known _____ |
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?**    *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number     Street<br>_____<br>_____    _____    _____<br>City     State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>Contact name _____<br>Phone _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Rositas Tex Mex & Cantina, LLC**_____    Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/28/2021**
MM / DD / YYYY

X **/s/ Josefina Arroyo Cerezo**_____
Signature of authorized representative of debtor
**Josefina Arroyo Cerezo**
Printed name
**Managing Member**
Title

| Debtor **Rositas Tex Mex & Cantina, LLC** | Case number (if known) |
|---|---|

**18. Signature of attorney**

X **/s/ Mark S. Toronjo**     Date **10/28/2021**
Signature of attorney for debtor              MM / DD / YYYY

**Mark S. Toronjo**
Printed name

**Toronjo & Prosser Law**
Firm name

**8150 N. Central Expressway**
Number         Street

**Suite 975**

**Dallas**                    **TX**        **75206**
City                          State         ZIP Code

**(214) 609-8787**            **mtoronjo@t-plaw.com**
Contact phone                 Email address

**24051435**
Bar number                    State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re **Rositas Tex Mex & Cantina, LLC**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................................ | **$4,000.00** |
   | Prior to the filing of this statement I have received...................................................... | **$4,000.00** |
   | Balance Due................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
   
   ☒ Debtor　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
   
   ☒ Debtor　　　　☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| **10/28/2021**  /s/ **Mark S. Toronjo** |
| Date  *Mark S. Toronjo*  Bar No.  24051435 |
|     Toronjo & Prosser Law |
|     8150 N. Central Expressway |
|     Suite 975 |
|     Dallas, Texas 75206 |
|     Phone: (214) 609-8787 / Fax: (866) 640-7043 |

**/s/ Josefina Arroyo Cerezo**

*Josefina Arroyo Cerezo*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   **Rositas Tex Mex & Cantina, LLC**                                              CASE NO

                                                                                                                      CHAPTER    **7**

# VERIFICATION OF CREDITOR MATRIX

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/28/2021                                                      Signature   /s/ Josefina Arroyo Cerezo
                                                                                              *Josefina Arroyo Cerezo*
                                                                                              *Managing Member*

Date _____                            Signature _____

```
AT&T
P.O. Box 5014
Carol Stream, IL 60197


Atmos Energy
P.O. Box 740353
Cincinnati, OH 45274


Collin County Tax Assessor
P.O. Box 8006
McKinney, TX 75070


Coserv
P.O. Box 734803
Dallas, TX 75373


CRS
1315 W. Sam Houston Pkwy. N.
Suite 100
Houston, TX 77043


CRS (R Power)
8255 E. Raintree Dr.
Suite 200
Scottsdale, AZ 85260


Cube Smart
8680 Stonebrook Pkwy.
Frisco, TX 75034


DirecTV
P.O. Box 5006
Carol Stream, IL 60197


Farmers Insurance
2301 N. Central Expressway
Suite 260
Plano, TX 75075
```

```
FreshPoint
4721 Simonton
Dallas, TX 75244



Humberto Arroyo
218 N. Forest Crest Dr.
Garland, TX 75042



Internal Revenue Service
P.O Box 7346 Philadelphia, PA 19101-7346



Jacelin Sanchez
4005 Price Rd.
Gainsville, GA 30506



Jose Arroyo
701 Laguna Dr.
Garland, TX 75043



Josefina Arroyo
218 N. Forest Crest Dr.
Garland, TX 75042



Nuco2
P.O. Box 9011
Stuart, FL 34995



Small Business Administration
1441 L. Street NW
Mail Code 5460
Washington, DC 20416


Texas Alcohol Beverage Commissions
P.O. Box 13127
Austin, Texas 7871-3127
```

```
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711


Texas Comptroller of Public Accounts
P.O. Box 13528
Capital Station
Austin, Texas 78711


Texas Workforce Commission
TEC Building-Bankruptcy
101 East 15th Street
Austin, Texas 78778


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd.
Ft. Worth, TX 76155


U.S. Trustee
110 North College Avenue
Rm 300
Tyler, Texas 75702


Venture Stonebrook I, LLC
8235 Douglas Ave.
Suite 720
Dallas, TX 75225
```